AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

Violation: 21 U.S.C. § 841 (a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See Attachment A

---- DEFENDANT - U.S. ----

▶ Anthony P. Johnson, Jr.

DISTRICT COURT NUMBER

CR 07 0465 MJJ

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☑ No } If "Yes" give date filed

DATE OF ARREST ▶ 7/12/2007  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ 7/13/2007  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
Bureau of Alcohol, Tobacco, Firearms & Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
4-07-70416WDB

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  DEBORAH R. DOUGLAS, AUSA

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: July 19, 2007  3:40 pm
Before Judge:

Comments:

## ATTACHMENT A: PENALTIES

COUNT ONE: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about May 9, 2007, in the Northern District of California, the defendant, ANTHONY P. JOHNSON, did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: 5 grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

**Penalties:** Mandatory minimum prison term of five years and up to 40 years, a term of supervised release of at least four years and up to life, $2 million fine, and $100 special assessment.

COUNT TWO: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about June 28, 2007, in the Northern District of California, the defendant, ANTHONY P. JOHNSON, did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: 50 grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

**Penalties:** Mandatory minimum prison term of ten years, a maximum penalty of life imprisonment, a term of supervised release of at least five years and up to life, $4 million fine, and $100 special assessment.

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
**VENUE: OAKLAND**

---

UNITED STATES OF AMERICA,

V.

ANTHONY P. JOHNSON,

# CR 07 0465 MJJ

DEFENDANT.

---

# INDICTMENT

VIOLATIONS: 21 U.S.C. § 841(a)(1) [ Possession with Intent to Distribute and Distribution of Crack Cocaine]

---

A true bill.

_____ Foreman

Filed in open court this 19th day of July, 2007

_____ Clerk

_____ 7/19/07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

*FILED*
07 JUL 19 PM 4: 38

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR07-00465 MJJ

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. |
| Plaintiff, | |
| v. | VIOLATION: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine] |
| ANTHONY P. JOHNSON, | |
| Defendant. | OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about May 9, 2007, in the Northern District of California, the defendant,

ANTHONY P. JOHNSON,

did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: 5 grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

INDICTMENT

Document No. 5

District Court
Criminal Case Processing

1  COUNT TWO: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about June 28, 2007, in the Northern District of California, the defendant,

ANTHONY P. JOHNSON,

did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: 50 grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

DATED: July 19, 2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
STEPHEN G. CORRIGAN
Acting Chief, Oakland Branch

(Approved as to form: _____)
                      AUSA Deborah R. Douglas

INDICTMENT                2