LAW OFFICES OF HARRIS B. TABACK
345 Franklin Street, Suite 102
San Francisco, CA 94102
Telephone (415) 241-1400
Facsimile (415) 565-0110


August 13, 2007

The Honorable Wayne D. Brazil
United States District Court Magistrate Judge
1301 Clay Street, Ronald V. Dellums Federal Building
Oakland, California 94612

Re: United States V. Anthony P. Johnson
    CR 07-00465 MJJ

Dear Magistrate Brazil:

    The purpose of this correspondence is to confirm my conversation with your Clerk, Ivey Garcia, on August 10, 2007 when she informed me that you were kind enough to grant my request (without government objection) to change the date for Mr. Johnson to file the property documents in this matter to secure his $300,000.00 bail from August 13, 2007 to August 20, 2007.

    Your consideration for this request is very much appreciated.

                                Sincerely,
                                LAW OFFICES OF HARRIS B. TABACK


                                By: /HARRIS B. TABACK
                                Attorney for ANTHONY P. JOHNSON

HBT:lav