HARRIS B. TABACK, California Bar No. 11107
LAW OFFICES OF HARRIS B. TABACK
345 Franklin Street, Ste. 102
San Francisco, CA 94102
(415) 241-1400

Attorney for Defendant
ANTHONY P. JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-00465 MJJ |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| vs. ) | ORDER TO RESCHEDULE STATUS |
| ) | CONFERENCE |
| ANTHONY P. JOHNSON ) | |
| Defendant. ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Deborah R. Douglas, Assistant United States Attorney, together with the defendant and his counsel, Harris Taback, that the status conference currently scheduled for Friday, August 17, 2007, should be vacated and a status conference should be scheduled on Friday, August 31, 2007, at 2:30 p.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to August 31, 2007, under Title 18, United States Code, section 3161 (h) (8) (B) (iv), to give the defendant time to adequately prepare and investigate.

Dated: August 17, 2007                          Respectfully submitted,

                                                /s/ Harris B. Taback
                                                Attorney for Anthony P. Johnson

Dated August 17, 2007                           Scott N. Schools
                                                U.S. Attorney

/s/ Deborah R. Douglas
Deborah R. Douglas
Assistant U.S. Attorney

**ORDER**

**IT IS HEREBY ORDERED:** That the status conference set for August 17, 2007 is VACATED, and a status conference date of August 31, 2007 at 2:30 p.m. is scheduled. It is further ORDERED that the time under the Speedy Trial act between today's date and August 31, 2007 is excluded under Title 18, United States Code, Section 3161 (h) (8) (B) (iv), to give the defendant time to adequately prepare and in the interests of justice.

Dated: August _____, 2007

_____
MARTIN J. JENKINS
United States District Judge