1  HARRIS B. TABACK, California Bar No. 11107
   LAW OFFICES OF HARRIS B. TABACK
2  345 Franklin Street, Ste. 102
   San Francisco, CA 94102
3  (415) 241-1400

4  Attorney for Defendant
   ANTHONY P. JOHNSON
5

6

7                      UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                             OAKLAND DIVISION

10

11 | UNITED STATES OF AMERICA,          )    CR  07-00465 MJJ
                                         )
12 |            Plaintiff,               )
                                         )    REVISED STIPULATION AND
13 | vs.                                 )    [PROPOSED] ORDER TO
                                         )    RESCHEDULE STATUS
14 | ANTHONY P. JOHNSON                  )    CONFERENCE
                                         )
15 |            Defendant.               )

16        IT IS HEREBY stipulated between the United States of America through its undersigned

17 counsel, Deborah R. Douglas, Assistant United States Attorney, together with the defendant and his

18 counsel, Harris Taback, that the status conference currently scheduled for Friday, August 17, 2007,

19 should be vacated and a status conference should be scheduled on Friday, August 31, 2007, at 2:30

20 p.m.

21        It is further stipulated and agreed between the parties that the time under the Speedy Trial Act

22 should be excluded from today's date to August 31, 2007, under Title 18, United States Code,

23 Section 3161 (h) (8) (A) (B) (4) to give the defendant time to adequately prepare and investigate.

24 Dated: August 17, 2007                        Respectfully submitted,

25                                               /s/ Harris B. Taback
                                                 Attorney for Anthony P. Johnson
26

27 Dated August 17, 2007                         Scott N. Schools
                                                 U.S. Attorney
28

1

2

/s/ Deborah R. Douglas
Deborah R. Douglas
Assistant U.S. Attorney

3

**ORDER**

4

5

**IT IS HEREBY ORDERED:**  That the status conference set for August 17, 2007 is

6

VACATED, and a status conference date of August 31, 2007 at 2:30 p.m. is scheduled.  It is

7

further ORDERED that the time under the Speedy Trial act between August 17, 2007 and August

8

31, 2007 is excluded under Title 18, United States Code, Section 3161 (h) (8) (A) (B) (4) to give

9

the defendant time to adequately prepare and in the interests of justice.

Dated: August _____, 2007

10

11

12

_____
MARTIN J. JENKINS
United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28