1  HARRIS B. TABACK, California Bar No. 11107
   LAW OFFICES OF HARRIS B. TABACK
2  345 Franklin Street, Ste. 102
   San Francisco, CA 94102
3  (415) 241-1400

4  Attorney for Defendant
   ANTHONY P. JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CR 07-00465 MJJ |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | REVISED STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE STATUS CONFERENCE |
| ANTHONY P. JOHNSON | ) | |
| Defendant. | ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Deborah R. Douglas, Assistant United States Attorney, together with the defendant and his counsel, Harris Taback, that the status conference currently scheduled for Friday, August 17, 2007, should be vacated and a status conference should be scheduled on Friday, August 31, 2007, at 2:30 p.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to August 31, 2007, under Title 18, United States Code, Section 3161 (h) (8) (A) (B) (4) to give the defendant time to adequately prepare and investigate.

Dated: August 17, 2007                Respectfully submitted,

                                      /s/ Harris B. Taback
                                      Attorney for Anthony P. Johnson

Dated August 17, 2007                 Scott N. Schools
                                      U.S. Attorney

/s/ Deborah R. Douglas
Deborah R. Douglas
Assistant U.S. Attorney

## ORDER

**IT IS HEREBY ORDERED:** That the status conference set for August 17, 2007 is VACATED, and a status conference date of August 31, 2007 at 2:30 p.m. is scheduled. It is further ORDERED that the time under the Speedy Trial act between August 17, 2007 and August 31, 2007 is excluded under Title 18, United States Code, Section 3161 (h) (8) (A) (B) (4) to give the defendant time to adequately prepare and in the interests of justice.

Dated: August ___24___, 2007

_____
MARTIN J. JENKINS
United States District Court Judge

-2-