1  HARRIS B. TABACK, California Bar No. 11107
   LAW OFFICES OF HARRIS B. TABACK
2  345 Franklin Street, Ste. 102
   San Francisco, CA 94102
3  (415) 241-1400

4  Attorney for Defendant
   ANTHONY P. JOHNSON
5

6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                     OAKLAND DIVISION

10

11 UNITED STATES OF AMERICA,        )    CR 07-00465 MJJ
                                    )
12           Plaintiff,              )
                                    )    STIPULATION AND [PROPOSED]
13 vs.                               )    ORDER TO RESCHEDULE STATUS
                                    )    CONFERENCE
14 ANTHONY P. JOHNSON                )
                                    )
15           Defendant.              )

16     IT IS HEREBY stipulated between the United States of America through its undersigned

17 counsel, Deborah R. Douglas, Assistant United States Attorney, together with the defendant and his

18 counsel, Harris Taback, that the status conference currently scheduled for Friday, August 31, 2007,

19 should be vacated and a status conference should be scheduled on Friday, September 28, 2007, at

20 2:30 p.m.

21     It is further stipulated and agreed between the parties that the time under the Speedy Trial Act

22 should be excluded from August 31, to September 28, 2007, under Title 18, United States Code,

23 Section 3161 (h) (8) (A) and (B) (iv) to give the defendant time to adequately prepare and

24 investigate.

25 Dated: August 28, 2007                    Respectfully submitted,

26                                           /s/ Harris B. Taback
                                             Attorney for Anthony P. Johnson
27

28 Dated August 28, 2007                    Scott N. Schools
                                             U.S. Attorney

/s/ Deborah R. Douglas
Deborah R. Douglas
Assistant U.S. Attorney

**ORDER**

**IT IS HEREBY ORDERED:** That the status conference set for August 31, 2007 is VACATED, and a status conference date of September 28, 2007 at 2:30 p.m. is scheduled. It is further ORDERED that the time under the Speedy Trial Act from August 31, 2007 and September 28, 2007 is excluded under Title 18, United States Code, Section 3161 (h) (8) (A) and (B) (iv) to give the defendant time to adequately prepare and in the interests of justice.

Dated: _____, 2007

_____
MARTIN J. JENKINS
United States District Court Judge