1  HARRIS B. TABACK, California Bar No. 11107
   LAW OFFICES OF HARRIS B. TABACK
2  345 Franklin Street, Ste. 102
   San Francisco, CA 94102
3  (415) 241-1400

4  Attorney for Defendant
   ANTHONY P. JOHNSON
5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                           OAKLAND DIVISION

10

11  UNITED STATES OF AMERICA,        )    CR  07-00465 MJJ
                                     )
12          Plaintiff,                )
                                     )    STIPULATION AND [PROPOSED]
13  vs.                              )    ORDER TO RESCHEDULE STATUS
                                     )    CONFERENCE
14  ANTHONY P. JOHNSON               )
                                     )
15          Defendant.                )

16       IT IS HEREBY stipulated between the United States of America through its undersigned

17  counsel, Deborah R. Douglas, Assistant United States Attorney, together with the defendant and his

18  counsel, Harris Taback, that the status conference currently scheduled for Friday, August 31, 2007,

19  should be vacated and a status conference should be scheduled on Friday, September 28, 2007, at

20  2:30 p.m.

21       It is further stipulated and agreed between the parties that the time under the Speedy Trial Act

22  should be excluded from August 31, to September 28, 2007, under Title 18, United States Code,

23  Section 3161 (h) (8) (A) and (B) (iv) to give the defendant time to adequately prepare and

24  investigate.

25  Dated: August 28, 2007                     Respectfully submitted,

26                                             /s/ Harris B. Taback
                                               Attorney for Anthony P. Johnson
27

28  Dated August 28, 2007                      Scott N. Schools
                                               U.S. Attorney

1
2                                                        /s/ Deborah R. Douglas
                                                         Deborah R. Douglas
3                                                        Assistant U.S. Attorney

4                                    **ORDER**

5   **IT IS HEREBY ORDERED:** That the status conference set for August 31, 2007 is

6   VACATED, and a status conference date of September 28, 2007 at 2:30 p.m. is scheduled.  It is

7   further ORDERED that the time under the Speedy Trial Act from August 31, 2007 and

8   September 28, 2007 is excluded under Title 18, United States Code, Section 3161 (h) (8) (A) and

9   (B) (iv) to give the defendant time to adequately prepare and in the interests of justice.

10  Dated: ___        8/30 _____, 2007

11

12
                                              _____
13                                            MARTIN J. JENKINS
                                              United States District Court Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -