FREDERICK R. REMER
Attorney at Law
State Bar No.: 52727
1260 B Street, Suite 220
Hayward, CA 94541
Telephone: (510) 887-6880
Fax: (510 537-8852

HARRIS B. TABACK
Attorney at Law
State bar No.: 11107
345 Franklin Street, Suite 102
San Francisco, CA 94102
Telephone: (415) 241-1400

Attorneys for Defendant
ANTHONY P. JOHNSON

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>ANTHONY P. JOHNSON,<br><br>Defendant.  _____/ | CASE NO.: CR-07-00465-MJJ<br><br>**APPLICATION FOR TRAVEL ORDER AND PROPOSED ORDER** |

Comes now the Defendant by and through undersigned counsel who respectfully requests permission from this Honorable Court to travel from (his residence) in the Northern District of California on September 21, 2007 to Reno Nevada, for a motorcycle show. He will be staying at the El Dorado Hotel in Reno

Nevada and will be returning on September 23, 2007. Counsel has informed Assistant United States Attorney Deborah R. Douglas and United States Pretrial Officer Paul Mamaril and they have no objection to this request as long as Mr. Johnson provides an itinerary to Pretrial Officer Paul Mamaril.

This request is based on the above referenced information and supported by the attached declaration.

Dated: 9/17/07

Frederick Remer
Counsel for defendant Derek O'Day

FREDERICK R. REMER
ATTORNEY AT LAW
1260 "B" STREET, SUITE 220
HAYWARD, CALIFORNIA 94541
(510) 887-6880

FREDERICK R. REMER
Attorney at Law
State Bar No.: 52727
1260 B Street, Suite 220
Hayward, CA 94541
Telephone: (510) 887-6880
Fax: (510 537-8852

HARRIS B. TABACK
Attorney at Law
State bar No.: 11107
345 Franklin Street, Suite 102
San Francisco, CA 94102
Telephone: (415) 241-1400

Attorneys for Defendant
ANTHONY P. JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　v.<br><br>ANTHONY P. JOHNSON,<br><br>　　___Defendant.___ / | CASE NO.:  CR-07-00465-MJJ<br><br>DECLARATION OF FREDERICK R. REMER IN SUPPORT OF ATTATCHED APPLICATION FOR TRAVEL ORDER |

　　I, FREDERICK R. REMER declare the following under penalty of perjury that the foregoing is true and correct.

　　1.  I represent defendant in the above referenced case.

　　2.  I am an attorney duly licensed to practice law in the State of California.

3. Information contained in the attached application for travel is true and accurate to the best of my knowledge.

Executed this 17th day of September 2007 at Hayward, California.

Dated: 9/17/07

Frederick Remer
Counsel for defendant Anthony P. Johnson

FREDERICK R. REMER
ATTORNEY AT LAW
1260 "B" STREET, SUITE 220
HAYWARD, CALIFORNIA 94541
(510) 887-5880

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

UNITED STATES OF AMERICA,   CASE NO.: CR-07-00465-MJJ

Plaintiff,
v.

ANTHONY P. JOHNSON,   **PROPOSED TRAVEL ORDER**

Defendant. _____/

For good cause showing, it is hereby ordered that defendant Anthony P. Johnson may travel from the Northern District of California on September 21, 2007, to Reno Nevada and he must return to the Northern District of California on September 23, 2007. His return to the Northern District of California must be accomplished by 9:00 p.m. He must provide a full itinerary to Pretrial Officer Paul Mamaril.

Dated: _____

_____
Deborah R. Douglas
Assistant United States Attorney

Dated: 9/17/07

_____
Paul Mamaril
United States Pretrial Officer

IT IS SO ORDERED.

Dated: _____

_____
Wayne D. Brazil
United States District Judge

510537 8852

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR-07-00465-MJJ |
| Plaintiff, | |
| v. | **PROPOSED TRAVEL ORDER** |
| ANTHONY P. JOHNSON, | |
| Defendant. | |

For good cause showing, it is hereby ordered that defendant Anthony P. Johnson may travel from the Northern District of California on September 21, 2007, to Reno Nevada and he must return to the Northern District of California on September 23, 2007, His return to the Northern District of California must be accomplished by 9:00 p.m. He must provide a full itinerary to Pretrial Officer Paul Mamaril.

Dated: 9/17/07

Deborah R. Douglas
Assistant United States Attorney

Dated: _____

Paul Mamaril
United States Pretrial Officer

IT IS SO ORDERED.

Dated: _____

Wayne D. Brazil
United States District Judge

FREDERICK R. REMER
ATTORNEY AT LAW
260 "B" STREET, SUITE 220
HAYWARD, CALIFORNIA 94541
(510) 887-6850

TOTAL P.06

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: **CR-07-00465-MJJ** |
| Plaintiff, | |
| v. | |
| ANTHONY P. JOHNSON, | **PROPOSED TRAVEL ORDER** |
| Defendant. | |

For good cause showing, it is hereby ordered that defendant Anthony P. Johnson may travel from the Northern District of California on September 21, 2007, to Reno Nevada and he must return to the Northern District of California on September 23, 2007, His return to the Northern District of California must be accomplished by 9:00 p.m. He must provide a full itinerary to Pretrial Officer Paul Mamaril.

Dated: _____

_____
Deborah R. Douglas
Assistant United States Attorney

Dated: _____

_____
Paul Mamaril
United States Pretrial Officer

IT IS SO ORDERED.

Dated: _____

_____
Wayne D. Brazil
United States District Judge