1  FREDERICK R. REMER
   Attorney at Law
2  State Bar No.: 52727
3  1260 B Street, Suite 220
   Hayward, CA 94541
4  Telephone: (510) 887-6880
   Fax: (510 537-8852
5

6  HARRIS B. TABACK
   Attorney at Law
7  State bar No.: 11107
8  345 Franklin Street, Suite 102
   San Francisco, CA 94102
9  Telephone: (415) 241-1400

10
   Attorneys for Defendant
11 ANTHONY P. JOHNSON

**FILED**

SEP 1 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,
     v.

ANTHONY P. JOHNSON,

          Defendant.        /

CASE NO.: CR-07-00465-MJJ

**APPLICATION FOR TRAVEL ORDER AND ~~PROPOSED~~ ORDER**

Comes now the Defendant by and through undersigned counsel who respectfully requests permission from this Honorable Court to travel from (his residence) in the Northern District of California on September 21, 2007 to Reno Nevada, for a motorcycle show. He will be staying at the El Dorado Hotel in Reno

*[Handwritten note at bottom:]* CC: WDB's Stats, Copy to parties via ECF, Pretrial, Financial, Debbie Mahoney for M. Narcisse

Nevada and will be returning on September 23, 2007. Counsel has informed Assistant United States Attorney Deborah R. Douglas and United States Pretrial Officer Paul Mamaril and they have no objection to this request as long as Mr. Johnson provides an itinerary to Pretrial Officer Paul Mamaril.

This request is based on the above referenced information and supported by the attached declaration.

Dated: 9/17/07

Frederick Remer
Counsel for defendant Derek O'Day

| | |
|---|---|
| 1 | FREDERICK R. REMER |
| 2 | Attorney at Law<br>State Bar No.: 52727 |
| 3 | 1260 B Street, Suite 220<br>Hayward, CA 94541 |
| 4 | Telephone: (510) 887-6880 |
| 5 | Fax: (510 537-8852 |
| 6 | HARRIS B. TABACK |
| 7 | Attorney at Law<br>State bar No.: 11107 |
| 8 | 345 Franklin Street, Suite 102<br>San Francisco, CA 94102 |
| 9 | Telephone: (415) 241-1400 |
| 10 | |
| 11 | Attorneys for Defendant<br>ANTHONY P. JOHNSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>ANTHONY P. JOHNSON,<br><br>_____Defendant._____/ | CASE NO.: CR-07-00465-MJJ<br><br>DECLARATION OF FREDERICK R. REMER IN SUPPORT OF ATTATCHED APPLICATION FOR TRAVEL ORDER |

I, FREDERICK R. REMER declare the following under penalty of perjury that the foregoing is true and correct.

1. I represent defendant in the above referenced case.
2. I am an attorney duly licensed to practice law in the State of California.

3. Information contained in the attached application for travel is true and accurate to the best of my knowledge.

Executed this 17th day of September 2007 at Hayward, California.

Dated: 9/17/07

Frederick Remer
Counsel for defendant Anthony P. Johnson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR-07-00465-MJJ |
| Plaintiff, | |
| v. | ~~PROPOSED~~ TRAVEL ORDER |
| ANTHONY P. JOHNSON, | |
| Defendant. | |

For good cause showing, it is hereby ordered that defendant Anthony P. Johnson may travel from the Northern District of California on September 21, 2007, to Reno Nevada and he must return to the Northern District of California on September 23, 2007. His return to the Northern District of California must be accomplished by 9:00 p.m. He must provide a full itinerary to Pretrial Officer Paul Mamaril.

Dated: _____

Deborah R. Douglas
Assistant United States Attorney

Dated: 9/17/07

Paul Mamaril
United States Pretrial Officer

IT IS SO ORDERED.

Dated: _____

See attached next page

Wayne D. Brazil
United States District Judge

Sep 18 2007 8:41AM LAW#OFFICE#OF#FREDERICK#R 5105378852 p.7
Case 4:07-cr-00465-MJJ Document 17 Filed 09/18/2007 Page 6 of 6

SEP-17-2007 11:18    US ATTY SF                              4356927    P.06
Sep 17 2007 9:48AM  LAW#OFFICE#OF#FREDERICK#R  5105378852              p.6

5105378852

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR-07-00465-MJJ |
| Plaintiff, | |
| v. | ~~PROPOSED~~ TRAVEL ORDER |
| ANTHONY P. JOHNSON, | |
| Defendant. | |

For good cause showing, it is hereby ordered that defendant Anthony P. Johnson may travel from the Northern District of California on September 21, 2007, to Reno Nevada and he must return to the Northern District of California on September 23, 2007. His return to the Northern District of California must be accomplished by 9:00 p.m. He must provide a full itinerary to Pretrial Officer Paul Mamaril.

Dated: 9/17/07

Deborah R. Douglas
Assistant United States Attorney

Dated: _____

Paul Mamaril
United States Pretrial Officer

IT IS SO ORDERED.

Dated: 9-18-07

Wayne D. Brazil
United States District Judge

FREDERICK R. REMER
ATTORNEY AT LAW
782 B STREET, SUITE 220
HAYWARD, CALIFORNIA 94541
(510) 887-0880

TOTAL P.06