UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
SEP 2 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

The Honorable Martin J. Jenkins, Presiding
Clerk: Sheilah Cahill
Court Reporter: Starr Wilson, pro tem
Date: 9/28/07

Plaintiff:  United States

v.                                      No.   CR-07-00465 MJJ

Defendant:  Anthony P. Johnson (present)

Appearances for Plaintiff:
Deborah Douglas

Appearances for Defendant:
Harris Taback

Interpreter:

Probation Officer:

Speedy Trial Date:

### Hearing:  Change of Plea

Notes:      Defense needs to investigate further and is not prepared to
enter change of plea today.  **Case continued to 10/26/07 at 2:30 p.m.
in Courtroom 4, Oakland, for change of plea.**  Parties stipulate to
exclude time based on pending change of plea and effective
preparation.  Counsel to notify court by noon the day before of any
amendment to change of plea.

Copies to: MJJ Chambers/Debbie Maghoney, Alfred Amistoso