1  FREDERICK R. REMER
   Attorney at Law
2  State Bar No.: 152727
   1260 B. Street, Suite 220
3  Hayward, CA 94541
   Telephone: (510) 887-6880
4
5  HARRIS B. TABACK
   Law Offices of Harris B. Taback
6  State Bar No. 111017
   345 Franklin Street, Suite 102
7  San Francisco, CA 94102
   Telephone: (415) 241-1400
8
   Attorneys for Defendant
9  ANTHONY P. JOHNSON

10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

                              **OAKLAND DIVISION**
13

14
   UNITED STATE OF AMERICA,                CASE NO.: CR-07-00465-MJJ
15          Plaintiff,

16          V.                              APPLICATION FOR TRAVEL
                                            <u>ORDER AND PROPOSED ORDER</u>
17
   ANTHONY P. JOHNSON,
18

19          Defendant.                  /
   _____
20

21       Comes now the Defendant by and through undersigned counsel who respectfully requests

22  permission from this Honorable court to travel from his residence in the Northern District of

23  California on October 19, 2007 to Los Angeles, California, (on Southwest Airlines from

24  Oakland) for a family visit with his daughter Breonca Johnson (310-349-0599) who lives in

25  Lawndale, California.  He will be staying at a hotel in the Lawndale area and will be returning on

26  October 21, 2007 on Southwest and will be home by his normal curfew time.  Counsel has

27  informed Assistant United States Attorney Deborah R. Douglas and United States Pretrial Officer

28

1  Paul Mamaril of this request and they have no objection to this request as long as Mr. Johnson
2  provides an itinerary to Pretrial Officer Paul Mamaril.
3      This application is based on the above referenced information and supported by the
4  attached declaration.
5  Dated: October 11, 2007                                                        //SA//
                                                                                  _____
6                                                                                 HARRIS B. TABACK
                                                                                  Counsel for defendant Anthony P. Johnson
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28