1  FREDERICK R. REMER
   Attorney at Law
2  State Bar No.: 152727
   1260 B. Street, Suite 220
3  Hayward, CA 94541
   Telephone: (510) 887-6880
4  Fax: (510) 537-8852

5  HARRIS B. TABACK
   LAW OFFICES OF HARRIS B. TABACK
6  State Bar No.: 111017
   345 Franklin Street, Suite 102
7  San Francisco, CA 94102
   Telephone (415) 241-1400

8
   Attorneys for Defendant
9  ANTHONY P. JOHNSON

10                **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12                    **OAKLAND DIVISION**

13

14  UNITED STATES OF AMERICA,            CASE NO.; CR-07-00465- MJJ
          Plaintiff,

15            V.                          DECLARATION OF
                                          HARRIS B. TABACK IN
16                                        SUPPORT OF ATTACHED
                                          APPLICATION FOR TRAVEL
17                                        ORDER

18  ANTHONY P. JOHNSON,

19        Defendant.

20  _____/

21  I, HARRIS B. TABACK declare the following under penalty of perjury that the foregoing is true

22  and correct.

23        1.    I represent defendant in the above referenced case.

24        2.    I am an attorney duly licensed to practice law in the state of California and a

25              member of the Bar of the United States District Court, Northern District of

26              California.

27        3.    Information contained in the attached application for travel is true and accurate to

28              the best of my knowledge.

1      Executed this 11 day of October 2007 at San Francisco, California.

2

3                                              //SA//
                                    _____
4                                   HARRIS B. TABACK
                                    Counsel for Defendant Anthony P. Johnson
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28