# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR-07-00465-MJJ |
| Plaintiff, | |
| V. | **PROPOSED TRAVEL ORDER** |
| ANTHONY P. JOHNSON, | |
| Defendant. | |
| _____/ | |

For good cause showing, it is hereby ordered that defendant Anthony P. Johnson may travel from the Northern District of California on October 19, 2007, to the Central District of California and he must return to the Northern District of California on October 21, 2007, by 9:00 p.m. He must provide a full itinerary to Pretrial Officer Paul Mamaril.

IT IS SO ORDERED.

Dated:_____     _____
                                Wayne D. Brazil
                                United States District Court