UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR-07-00465-MJJ |
| Plaintiff, | |
| V. | ~~PROPOSED~~ TRAVEL ORDER |
| ANTHONY P. JOHNSON, | |
| Defendant. | |

For good cause showing, it is hereby ordered that defendant Anthony P. Johnson may travel from the Northern District of California on October 19, 2007, to the Central District of California and he must return to the Northern District of California on October 21, 2007, by 9:00 p.m. He must provide a full itinerary to Pretrial Officer Paul Mamaril.

IT IS SO ORDERED.

Dated: 10-12-07

Wayne D. Brazil
United States District Court