```
1   HARRIS B. TABACK, California Bar No. 11107
    LAW OFFICES OF HARRIS B. TABACK
2   345 Franklin Street, Ste. 102
    San Francisco, CA 94102
3   (415) 241-1400

4   Attorney for Defendant
    ANTHONY P. JOHNSON
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CR 07-00465 MJJ |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE STATUS CONFERENCE |
| ANTHONY P. JOHNSON | ) |
| Defendant. | ) |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Deborah R. Douglas, Assistant United States Attorney, together with the defendant and his counsel, Harris Taback, that the Change of Plea Hearing currently scheduled for Friday, October 26, 2007, should be vacated and rescheduled to Friday, December 7, 2007, at 2:30 p.m. The reason for this requested continuance is to provide the defense with time to complete an investigation.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from October 26, to December 7, 2007, under Title 18, United States Code, Section 3161 (h) (8) (A) and (B) (iv) to give the defendant time to adequately prepare and investigate.

Dated: October 25, 2007                              Respectfully submitted,

                                                     /s/ Harris B. Taback
                                                     Attorney for Anthony P. Johnson

Dated: October 25, 2007                              Scott N. Schools
                                                     U.S. Attorney

/s/ Deborah R. Douglas
Deborah R. Douglas
Assistant U.S. Attorney

**ORDER**

**IT IS HEREBY ORDERED:** That the Change of Plea Hearing set for October 26, 2007 is VACATED, and a Change of Plea Hearing is scheduled for December 7, 2007 at 2:30 p.m.. It is further ORDERED that the time under the Speedy Trial Act from October 26, 2007 and December 7, 2007 is excluded under Title 18, United States Code, Section 3161 (h) (8) (A) and (B) (iv) to give the defendant time to adequately prepare and in the interests of justice.

Dated: _____, 2007

_____
MARTIN J. JENKINS
United States District Court Judge