FREDERICK R. REMER
Attorney at Law
State Bar No.: 152727
1260 B. Street, Suite 220
Hayward, CA 94541
Telephone: (510) 887-6880

HARRIS B. TABACK
Law Offices of Harris B. Taback
State Bar No. 111017
345 Franklin Street, Suite 102
San Francisco, CA 94102
Telephone: (415) 241-1400

Attorneys for Defendant
ANTHONY P. JOHNSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, <br>     Plaintiff, <br><br>     V. <br><br> ANTHONY P. JOHNSON, <br><br>     Defendant.    / | CASE NO.: CR-07-00465-MJJ <br><br> APPLICATION FOR TRAVEL <br> ORDER AND PROPOSED ORDER |

Comes now the Defendant by and through undersigned counsel who respectfully requests permission from this Honorable court to travel from his residence in the Northern District of California on December 23, 2007 to Los Angeles, California, (on Southwest Airlines from Oakland) for the purpose of picking up his daughter, and will return on the same date on Southwest and will be home by his normal curfew time.  Counsel has informed Assistant United States Attorney Deborah R. Douglas and United States Pretrial Officer Paul Mamaril of this request and they have no objection to this request as long as Mr. Johnson provides an itinerary to

1 | Pretrial Officer Paul Mamaril.
2 |     This application is based on the above referenced information and supported by the
3 | attached declaration.
4 | Dated: December 3, 2007                                    //SA//
5 |                                                   _____
                                                  HARRIS B. TABACK
                                                  Counsel for defendant Anthony P. Johnson