UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CRIMINAL MINUTES

FILED
DEC 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Judge:** MARTIN J. JENKINS

**Date**: December 07, 2007

**Case No:** CR 07-00465 MJJ

**Case Title**: UNITED STATES v. ANTHONY JOHNSON (present)

**Appearances:**

    For the Government: Deborah Douglas

    For Defendant(s): Harris Taback

**Interpreter:**

**Probation Officer:**

**Deputy Clerk:** Rowena B. Espinosa

**Court Reporter:** Diane Skillman

### PROCEEDINGS

1. Change of Plea - held

### SUMMARY

- The Court accepts guilty plea entered by the defendant as to Count Two.
- The matter is continued to **Friday, 03/14/08 at 2:30 PM (Oak) for Sentencing.**