UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR-07-00465-MJJ |
| Plaintiff, | |
| V. | **PROPOSED TRAVEL ORDER** |
| ANTHONY P. JOHNSON, | |
| Defendant. | |

For good cause showing, it is hereby ordered that defendant Anthony P. Johnson may travel from the Northern District of California on February 15, 2008, to the Central District of California and he must return to the Northern District of California on February 16, 2008, by 9:00 p.m. He may also travel from the Northern District of California on February 19, 2008, to the Central District of California and he must return to the Northern District of California on February 20, 2008, by 9:00 p.m. He must provide a full itinerary to Pretrial Officer Paul Mamaril as well as any vehicle information requested by Pre Trial Services.

IT IS SO ORDERED.

Dated:_____          _____
                                     Wayne D. Brazil
                                     United States District Court