1  FREDERICK R. REMER
   Attorney at Law
2  State Bar No.: 152727
   1260 B. Street, Suite 220
3  Hayward, CA 94541
   Telephone: (510) 887-6880
4
5  HARRIS B. TABACK
   Law Offices of Harris B. Taback
6  State Bar No. 111017
   345 Franklin Street, Suite 102
7  San Francisco, CA 94102
   Telephone: (415) 241-1400
8
   Attorneys for Defendant
9  ANTHONY P. JOHNSON

10

## UNITED STATES DISTRICT COURT
11
## NORTHERN DISTRICT OF CALIFORNIA
12
## OAKLAND DIVISION
13

14
| | |
|---|---|
| UNITED STATE OF AMERICA, | CASE NO.: CR-07-00465-MJJ |
| Plaintiff, | |
| V. | APPLICATION FOR TRAVEL ORDER AND PROPOSED ORDER |
| ANTHONY P. JOHNSON, | |
| Defendant. / | |

21     Comes now the Defendant by and through undersigned counsel who respectfully requests

22  permission from this Honorable Court to travel from his residence in the Northern District of

23  California on February 15, 2008 to Los Angeles, California (by car), for the purpose of picking

24  up his daughter, and to return on February 16, 2008 (by car) by his normal curfew time. Further,

25  Johnson requests permission to travel (by car) from his home on February 19, 2008 to return his

26  daughter to Los Angeles and to travel back to his home (by car) on February 20, 2009. Counsel

27  has informed Assistant United States Attorney Deborah R. Douglas and United States Pretrial

28

1  Officer Paul Mamaril of this request and they have no objection to this request as long as Mr.
2  Johnson provides an itinerary to Pretrial Officer Paul Mamaril that includes the make and license
3  plate number of the vehicle as well as the overnight locations where Johnson will be staying.
4      This application is based on the above referenced information and is respectfully
5  submitted.
6  Dated: February 8, 2008               LAW OFFICES OF HARRIS B. TABACK
7                                                    //SA//
8                                  _____
                                By: HARRIS B. TABACK
9                                  Counsel for defendant Anthony P. Johnson