

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**THE HONORABLE MARTIN J. JENKINS**     Courtroom Clerk: **Monica Narcisse**

Date: **March 14, 2008**   [1:55 - 2:24 pm]     Court Reporter: **Diane Skillman**

Case No:   **CR07-00465-1 MJJ**

DEFENDANT:   **ANTHONY P. JOHNSON**  (x) Present   () Not Present   () In Custody

AUSA:   **Deborah Douglas**      DEF ATTY:   **Harris Taback**

Interpreter:         Probation Officer:   **Chris Caruba**

TYPE FOR HEARING:   **Sentencing**

ORDER AFTER HEARING(S):
- **If defendant is not classified by 5/16/2008, he must appear before Judge Wilken on May 21, 2008 for status.**

PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:         for

BASIS TO EXCLUDE TIME GRANTED FOR:         Thru

JUDGMENT:   Court finds Offense Level 27, Criminal History I, leading to a Guideline Range of 70-87 months (Statutory minimum of 120 months). The Court follows the PSR and sentences the defendant on count 1 of the indictment to **120months custody of the BOP to be followed by 5 years supervised release** under the usual terms and conditions and the special conditions as set forth in the PSR. No fine imposed. Defendant to pay $100 special assessment which shall be paid immediately or at the rate of not less than $25 per quarter through the BOP Inmate Financial Responsibility Program while in custody. Defendant advised of his right to appeal. **Surrender date: May 16, 2008 by 12:00 pm.** See J&C for details.

Notes: