# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR-07-00465-MJJ |
| Plaintiff, | |
| V. | **PROPOSED TRAVEL ORDER** |
| ANTHONY P. JOHNSON, | |
| Defendant. _____/ | |

For good cause showing, it is hereby ordered that defendant Anthony P. Johnson may travel from the Northern District of California on April 25, 2008, to Reno, Nevada and he must return to the Northern District of California on April 28, 2008, by 9:00 p.m. He must provide a full itinerary to Pretrial Officer Paul Mamaril as well as any vehicle information requested by Pre Trial Services.

IT IS SO ORDERED.

Dated:_____                    _____
                                                Wayne D. Brazil
                                                United States District Court