1  FREDERICK R. REMER
   Attorney at Law
2  State Bar No.: 152727
   1260 B. Street, Suite 220
3  Hayward, CA 94541
   Telephone: (510) 887-6880
4
5  HARRIS B. TABACK
   Law Offices of Harris B. Taback
6  State Bar No. 111017
   345 Franklin Street, Suite 102
7  San Francisco, CA 94102
   Telephone: (415) 241-1400
8
   Attorneys for Defendant
9  ANTHONY P. JOHNSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA,<br>　　　Plaintiff, | CASE NO.: CR-07-00465-MJJ |
| V. | APPLICATION FOR TRAVEL <u>ORDER AND PROPOSED ORDER</u> |
| ANTHONY P. JOHNSON, | |
| 　　　Defendant.　　　　　／ | |

　　　Comes now the Defendant by and through undersigned counsel who respectfully requests permission from this Honorable Court to travel from his residence in the Northern District of California on April 25, 2008 to Reno, Nevada (by car), for a vacation weekend to return on April 28, 2008. Counsel has informed Assistant United States Attorney Deborah R. Douglas and United States Pretrial Officer Paul Mamaril of this request. The government has no objection as long as Mr. Johnson provides an itinerary to Pretrial Officer Paul Mamaril that includes the make and license plate number of the vehicle as well as the overnight locations where Johnson will be

1  staying.

2  As of this writing Mr. Mamaril has not contacted counsel with a response to a voice mail
3  that concerned this request. JOHNSON has informed counsel that he personally asked Mr.
4  Mamaril for permission and was told Pre Trial had no objection.

5  This application is based on the above referenced information and is respectfully
6  submitted.

7  Dated: April 18, 2008                    LAW OFFICES OF HARRIS B. TABACK

8  //SA//

9  _____
   By: HARRIS B. TABACK
10 Counsel for defendant Anthony P. Johnson