```
1  FREDERICK R. REMER
   Attorney at Law
2  State Bar No.: 152727
   1260 B. Street, Suite 220
3  Hayward, CA 94541
   Telephone: (510) 887-6880
4  Fax: (510) 537-8852

5  HARRIS B. TABACK
   LAW OFFICES OF HARRIS B. TABACK
6  State Bar No.: 111017
   345 Franklin Street, Suite 102
7  San Francisco, CA 94102
   Telephone (415) 241-1400
8
   Attorneys for Defendant
9  ANTHONY P. JOHNSON
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CASE NO.; CR-07-00465- MJJ |
|---|---|
| Plaintiff, | |
| V. | DECLARATION OF HARRIS B. TABACK IN SUPPORT OF ATTACHED APPLICATION FOR TRAVEL ORDER |
| ANTHONY P. JOHNSON, | |
| Defendant. | |
| _____/ | |

I, HARRIS B. TABACK declare the following under penalty of perjury that the foregoing is true and correct.

    1.    I represent defendant in the above referenced case.

    2.    I am an attorney duly licensed to practice law in the state of California and a member of the Bar of the United States District Court, Northern District of California.

    3.    Information contained in the attached application for travel is true and accurate to the best of my knowledge.

1    Executed this 18 day of April 2008 at San Francisco, California.

                                                        //SA//
_____
HARRIS B. TABACK
Counsel for Defendant Anthony P. Johnson