FREDERICK R. REMER
Attorney at Law
State Bar No.: 152727
1260 B. Street, Suite 220
Hayward, CA 94541
Telephone: (510) 887-6880

HARRIS B. TABACK
Law Offices of Harris B. Taback
State Bar No. 111017
345 Franklin Street, Suite 102
San Francisco, CA 94102
Telephone: (415) 241-1400

Attorneys for Defendant
ANTHONY P. JOHNSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA,<br>    Plaintiff,<br><br>        V.<br><br>ANTHONY P. JOHNSON,<br><br>    Defendant.                         / | CASE NO.: CR-07-00465-MJJ<br><br>APPLICATION FOR TRAVEL<br>ORDER AND PROPOSED ORDER |

Comes now the Defendant by and through undersigned counsel who respectfully requests permission from this Honorable Court to travel from his residence in the Northern District of California on April 25, 2008 to Reno, Nevada (by car), for a vacation weekend to return on April 28, 2008. Counsel has informed Assistant United States Attorney Deborah R. Douglas and United States Pretrial Officer Paul Mamaril of this request. The government has no objection as long as Mr. Johnson provides an itinerary to Pretrial Officer Paul Mamaril that includes the make and license plate number of the vehicle as well as the overnight locations where Johnson will be

1  staying.

2      As of this writing Mr. Mamaril has not contacted counsel with a response to a voice mail

3  that concerned this request.  JOHNSON has informed counsel that he personally asked Mr.

4  Mamaril for permission and was told Pre Trial had no objection.

5      This application  is based on the above referenced information and is respectfully

6  submitted.

7  Dated: April 18, 2008                    LAW OFFICES OF HARRIS B. TABACK

8                                            //SA//

9                                _____

                               By: HARRIS B. TABACK

10                                Counsel for defendant Anthony P. Johnson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28