08/13/2008 06:07 PM EST

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

Oakland

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN407CR000465 | | US VS JOHNSON | | | | | |
| 001 | ANTHONY P. JOHNSON | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT B080108DCAN407CR000465?? 1918 | 100.00 | 08/01/2008 |

Division Payment Total    100.00

Grand Total    100.00

FILED
AUG 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

$ 100.⁰⁰  SPECIAL ASSESSMENT
PAID IN FULL

gm  8/1/08

Page 1 of 1