**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ANTHONY P. JOHNSON,<br><br>              Movant,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>              Respondent. | No. CR-07-465 SBA<br>     C-08-05697 SBA<br><br>**ORDER** |

Before the Court is movant Anthony P. Johnson's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence. Johnson alleges his counsel was ineffective in violation of the Sixth Amendment by failing to explain his eligibility for a safety valve reduction under 18 U.S.C. § 3553(f) and by failing to file a motion for such a reduction, depriving him of a two-level reduction. Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts requires that when a district court receives a motion under § 2255, the court *must* initially screen it, and dismiss it summarily if it plainly appears that the moving party is not entitled to relief. *Abatino v. U.S.*, 750 F.2d 1442, 1443-44 (9th Cir. 1985). Rule 2(b)(5) of the Rules Governing Section 2255 Proceedings for the United States District Courts requires that a motion filed under § 2255 "must" "be signed under penalty of perjury by the movant or by a person authorized to sign it for the movant." *U.S. v. Howard*, 381 F.3d 873, 880 n.6 (9th Cir. 2004). Although Johnson signed his motion and his points and authorities, he did not sign them under penalty of perjury. *See* Mot. at ii, 6. Because his motion does not comport with Rule 2(b)(5), the Court may not consider it. **If Johnson wishes to proceed with his motion, he must sign it and his points and authorities**

///
///
///
///

Case 4:07-cr-00465-SBA   Document 49   Filed 01/09/09   Page 2 of 3

1  ///

2  **under penalty of perjury and re-file his motion within two weeks from the date of the entry of**
3  **this Order.  If Johnson does not do so, his motion will be dismissed without prejudice.**

5  IT IS SO ORDERED.

7  January 9, 2009         _____
                            Saundra Brown Armstrong
                            United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY P. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA et al,<br><br>　　　　　Defendant.<br>_____ / | Case Number: CR07-00465 SBA<br>CV08-05697 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony P. Johnson 98229-111
USP Atwater
P.O. Box 019001
Atwater, CA 95301

Dated: January 9, 2009

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: LISA R CLARK, Deputy Clerk

3