JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY P. JOHNSON, | Case No. C 08-5697 SBA |
| Petitioner, | 2255 MOT. - See CR 07-465 SBA |
| v. | GOVERNMENT'S REQUEST FOR A BRIEF EXTENSION OF TIME; |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

On May 4, 2009, the United States filed a motion for an order to abrogate the attorney-client privilege between petitioner Anthony Johnson and attorney Harris Taback, who represented petitioner in the underlying criminal matter, as to the matters raised in petitioner's motion alleging ineffective assistance of counsel pursuant to 28 U.S.C. § 2255. The government's proposed order further requested that "This Court hereby directs Attorney Harris Taback to respond to all of the government's questions pertaining to petitioner's § 2255 motion and to provide the government with a declaration in response to petitioner's allegations and to disclose all correspondence, other documents, oral communications, and any other evidence to the government that is relevant to petitioner's allegations. If deemed necessary by the government or this Court, Mr. Taback also may be required to provide information regarding petitioner's § 2255 motion through interrogatories, a deposition, courtroom testimony, and/or other method."

1    On May 20, 2009, the United States filed a motion requesting that the due date of May 25, 2009 for filing its opposition to petitioner's § 2255 motion be extended until thirty days after an order is published granting the government's motion to abrogate the attorney-client privilege.

By order dated July 31, 2009 (docketed on August 3, 2009), this Court (i) granted the United States' motion to abrogate the attorney-client privilege between petitioner and Mr. Taback; and (ii) extended the due date for the filing of the government's opposition to petitioner's § 2255 motion to thirty days from the date the order is docketed.

On August 6, 2009, attorney Harris Taback advised the undersigned Assistant United States Attorney that this Court's order dated July 31, 2009 does not direct him to respond to the government's questions pertaining to petitioner's § 2255 motion and to provide the government with a declaration, correspondence, and all relevant evidence as set forth in the government's proposed order filed on May 4, 2009. Mr. Taback stated that this Court's order abrogated the attorney-client privilege, but did not direct him to provide information to the government. Mr. Taback is concerned that he may be exposing himself to a lawsuit or other liability if he volunteers to provide information to the government absent a court order directing him to do so. On August 10, 2009, the government filed a motion requesting that the order be amended.

By order filed on September 2, 2009, this Court denied the government's request that the order abrogating the attorney-client privilege be amended and directed the government to resubmit its motion supported by legal authority establishing that the Court has the authority to compel Mr. Taback to respond to all of Respondent's requests for documents and information. This Court set a due date for the government's renewed motion within seven calendar days of the date its order was filed, which would include the federal holiday on September 7, 2009. Since the order was filed on September 2, 2009, the due date is today September 9, 2009. As the result of an enormous press

2

of work, government's counsel has not had the opportunity to prepare the renewed motion. The United States respectfully request permission to file the renewed motion on Monday, September 14, 2009.

                                        Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

_____                    _____
Dated                             DEBORAH R. DOUGLAS
                                Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED THAT the Government's motion requesting an extension of time to file its renewed motion by Monday, September 14, 2009, is GRANTED.

IT IS SO ORDERED.

Dated: September 10, 2009                _____
                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge